# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| IN RE: | |
|---|---|
| JOSEPH IRA MOROZE<br>WENDY MOROZE | Case No. 09-40395<br>Chapter 7 |
| Debtor(s) | |

## NOTICE TO DEPOSIT DISTRIBUTIONS UNDER $5.00
## INTO THE UNCLAIMED FUNDS REGISTRY OF
## THE UNITED STATES BANKRUPTCY COURT

1. The Trustee of this estate has made distribution of the funds of this estate in accordance with the Final Report and Proposed Distribution previously approved by this Court.

2. Pursuant to Bankruptcy Rule 3010(a) no dividend in an amount less than $5.00 should be distributed by the trustee. The following funds are <u>de minimus</u> distributions and should be paid into the unclaimed registry of the court:

| **Claimant** | **Amount** | **Claim No.** |
|---|---|---|
| PYOD LLC | $1.98 | 6 |
| Trionz | $3.06 | 8 |
| American Express Bank | $0.19 | 11 |
| Recovery Mgmt Systems | $1.62 | 16 |

For a total of $6.85

Respectfully Submitted,

/s/ Mark A. Weisbart
Mark A. Weisbart
Texas Bar No. 21102650
THE LAW OFFICES OF MARK A. WEISBART
12770 Coit Road, Suite 541
Dallas, Texas 75251
(972) 628-3694 phone
(972) 628-3687 fax
weisbartm@earthlink.net
CHAPTER 7 TRUSTEE

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a copy of the foregoing instrument was served on the U.S. Trustee through the Court's electronic notification system as permitted by Appendix 5005 III. E. to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, on this the 15th day of December, 2010.

                                                  /s/ Mark A. Weisbart
                                                  Mark A. Weisbart